Law Offices of Bill LaTour
Bill LaTour [CSBN: 169758]
    11332 Mountain View Ave., Suite C
    Loma Linda, California 92354
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ROXE ANN LIGHT, | No. EDCV 08-1199 E |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of TWO THOUSAND NINETEEN DOLLARS and 20/cents ($2,019.20)as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED: 4/29/09 _____

HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

-1-